RECEIVED
NOV - 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12-6-06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| RAMON A. PANIAGUA | CIVIL ACTION NO. 06-1347 |
| VS. | SECTION P |
| DANIEL STANFORD | JUDGE DOHERTY |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

After consideration of the objections to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. An independent review of the record has led this court to conclude that the proposed findings and conclusion are entirely correct. Accordingly,

**IT IS ORDERED** that Paniagua's civil claims are **DISMISSED WITH PREJUDICE** subject to reassertion if the requirements of *Heck v. Humphrey* are met.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day of _____ 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE